**Affirmed and Opinion Filed June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01067-CR

### MATTHEW LEON HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-24655-J**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

A jury convicted Matthew Leon Hill of unlawful possession of a firearm by a felon and

assessed punishment, enhanced by a prior felony conviction, at twenty years' imprisonment. *See*

TEX. PENAL CODE ANN. § 46.04(a) (West 2011). On appeal, appellant's attorney filed a brief in

which she concludes the appeal is wholly frivolous and without merit. The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131067F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW LEON HILL, Appellant

No. 05-13-01067-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-24655-J).
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 16, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE